IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40355
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NELSON LEWIS PETERSON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:98-CR-40-2
- - - - - - - - - -

November 18, 1999

Before POLITZ, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Nelson Lewis Peterson has moved
for leave to withdraw and filed a motion and brief as required by
Anders v. California, 386 U.S. 738 (1967). Peterson has not
filed a response to the instant motion. Our independent review
of the motion, brief, and record discloses no nonfrivolous issue
for appeal. Accordingly, counsel's motion for leave to withdraw
is GRANTED, counsel is excused from further responsibilities
herein, and the appeal is DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.